# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 216TH JUDICIAL DISTRICT COURT OF KERR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on July 19, 2017, the cause upon appeal to revise or reverse your judgment between

In the Interest of D.B.M., a Child, Appellant

V.

No. 04-17-00064-CV and Tr. Ct. No. 16246A

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. No costs are assessed because appellant is indigent.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on September 27, 2017.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-17-00064-CV

**In the Interest of D.B.M., a Child**

**v.**

(NO. 16246A IN 216TH JUDICIAL DISTRICT COURT OF KERR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| REPORTER'S RECORD | $388.70 | PAID | KERR COUNTY |
| FILING | $205.00 | INDIGENT | INDIGENT |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, KEITH E. HOTTLE, CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this September 27, 2017.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853